# UNITED STATES DISTRICT COURT
## for the
### Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 28 2017
BY ARTHUR JOHNSTON
DEPUTY

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 1:12cr00052-002 |
| KEELEON KEVIN TENNARD, a/k/a KT, a/k/a Keelon Tennard ) ) ) | USM No: 73012-279 |
| Date of Original Judgment: 04/15/2013 ) | |
| Date of Previous Amended Judgment: ) | Michael Scott |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __04/15/2013__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 4-28-2017

Judge's signature

Effective Date: _____
*(if different from order date)*

Louis Guirola, Jr.     Chief U.S. District Court Judge
*Printed name and title*